| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*<br>Recording requested by and return to:<br>Hemal K. Master (#229563)/Bob Benjy (#211569)<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA 90017-2427<br>TEL NO.: (323) 852-1000  FAX NO. (Optional): (323) 651-2577<br>E-MAIL ADDRESS (Optional): bbenjy@frandzel.com<br>☒ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | FOR RECORDER'S USE ONLY |
|---|---|

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 280 S. First Street
MAILING ADDRESS: 280 S. First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division

PLAINTIFF: MENLO INVESTMENT GROUP, LLC, etc.,
DEFENDANT: O.D. FOUGHT, JR., etc., et al.,

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   ☐ Amended

CASE NUMBER: CV16-80056 MISC

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────────┐
      │ MENLO INVESTMENT GROUP, LLC     │
      │ P.O. Box 2412                   │
      │ Saratoga, CA 95070              │
      └─────────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:   ☒ Unknown
   c. Social security no. [last 4 digits]: 9912         ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Menlo Investment Group, LLC - P.O. Box 2412, Saratoga, CA 95070

2. ☒ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   CITY NATIONAL BANK c/o Frandzel Robins Bloom & Csato, L.C. - 1000 Wilshire Boulevard, 19th Floor, Los Angeles, CA 90017-2427

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: March 2, 2016
BOB BENJY
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $1,800,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: March 1, 2016
   b. Renewal entered on *(date)*:
9. ☒ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date)*:
12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.
    Susan Y. Soong, Clerk
    By _Diane Miyashiro_, Deputy Clerk

[SEAL]

This abstract issued on *(date)*: March 3, 2016

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: MENLO INVESTMENT GROUP, LLC, etc. | COURT CASE NO.: |
|---|---|
| DEFENDANT: O.D. FOUGHT, JR., etc., et al. | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.     Name and last known address

    FRANCIS TANG
    12803 Foothill Lane
    Saratoga, CA 95070

Driver's license no. [last 4 digits] and state: ☒ Unknown

Social security no. [last 4 digits]: 2349    ☐ Unknown

Summons was personally served at or mailed to *(address):*
12803 Foothill Lane
Saratoga, CA 95070

17.     Name and last known address

    JANE TANG
    12803 Foothill Lane
    Saratoga, CA 95070

Driver's license no. [last 4 digits] and state: ☒ Unknown

Social security no. [last 4 digits]: 0862    ☐ Unknown

Summons was personally served at or mailed to *(address):*
12803 Foothill Lane
Saratoga, CA 95070

18.     Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.     Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2014]     **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**     Page 2 of 2



American LegalNet, Inc.
www.FormsWorkFlow.com