| | | EJ-100 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):* <br> After recording, return to: <br> Byron B. Mauss, SBN 174141 <br> Snell & Wilmer L.L.P. <br> 600 Anton Blvd., Suite 1400 <br> Costa Mesa, CA 92626 <br> TEL NO.: (714) 427-7000   FAX NO. (optional): <br> E-MAIL ADDRESS *(Optional):* bmauss@swlaw.com <br> [X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | | |

United States District Court, Northern District of California

STREET ADDRESS: 280 S. First Street
MAILING ADDRESS: 280 S. First Street
CITY AND ZIP CODE: San Jose, 95113
BRANCH NAME: San Jose Division

*FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY*

PLAINTIFF: Menlo Investment Group, LLC, et al.
DEFENDANT: O.D. Fought, Jr., et al.

CASE NUMBER: CV16-80056 MISC

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

*FOR COURT USE ONLY*

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [X] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
       The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
       All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   City National Bank, c/o Snell & Wilmer L.L.P., 600 Anton Blvd., Suite 1400, Costa Mesa, CA 92626

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:*
   Menlo Investment Group, LLC, P.O. Box 2412, Saratoga, CA 95070;  Francis Tang, 12803 Foothill Lane, Saratoga, CA 95070; Jane Tang, 12803 Foothill Lane, Saratoga, CA 95070

5. a. Judgment entered on *(date):* March 1, 2016
   b. [ ] Renewal entered on *(date):*

6. [X] An [X] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| Santa Clara | 03/10/2016 | 23242019 |
| San Mateo | 03/10/2016 | 2016-021556 |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: March 22, 2021

▶ *[signature: Byron B. Mauss]*
*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060, 724.120, 724.250

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __Orange__ )

On __March 23, 2021__ before me, __Isabel Delgado, Notary Public__,
    *Date*                                    *Here Insert Name and Title of the Officer*

personally appeared __Byron B. Mauss__,
                                  *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                      *Signature of Notary Public*

**ISABEL DELGADO**
Notary Public - California
Orange County
Commission # 2236265
My Comm. Expires Apr 26, 2022

Place Notary Seal Above

─────────────── **OPTIONAL** ───────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

A true and correct copy of the foregoing document entitled **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** will be served or was served on all parties in the form and manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2021**, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Bob Benjy** bbenjy@frandzel.com, sking@frandzel.com
**Byron B. Mauss** bmauss@swlaw.com

**2. SERVED BY UNITED STATES MAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LR, on _____, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LR, on _____, I served the following persons and/or entities by overnight mail service as follows.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 23, 2021 | ISABEL DELGADO | _Isabel Delgado_ |
|---|---|---|
| Date | Printed Name | Signature |